of Texas, Fifth Supreme Judicial District. Certiorari denied. *William Claude Williams* for petitioner. █

No. 154. STANDARD OIL Co. (N. J.) *v.* CARR. C. A. 2d Cir. Certiorari denied. *Walter X. Connor* and *Vernon Sims Jones* for petitioner. *Bertram J. Dembo* and *Jacob Rassner* for respondent. 

No. 158. DRESCHER *v.* UNITED STATES; and

No. 198. UNITED STATES *v.* DRESCHER. C. A. 2d Cir. Certiorari denied. *T. Carl Nixon, Hugh Satterlee* and *Rollin Browne* for petitioner in No. 158. *Solicitor General Perlman* for the United States. With *Mr. Perlman* in No. 158 were *Assistant Attorney General Caudle, Ellis N. Slack* and *Hilbert P. Zarky.* Reported below: 179 F. 2d 863.

No. 160. REYNOLDS SPRING Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Thomas G. Long* for petitioner. *Acting Solicitor General Raum, Assistant Attorney General Caudle, Ellis N. Slack* and *Hilbert P. Zarky* for respondent. 

No. 161. CONRAD *v.* PENNSYLVANIA RAILROAD Co.; and

No. 162. DAMIANO *v.* PENNSYLVANIA RAILROAD Co. C. A. 3d Cir. Certiorari denied. *Lois G. Forer* and *Leo Gitlin* for petitioners. *Philip Price* and *Hugh B. Cox* for respondent.

No. 165. DEAUVILLE ASSOCIATES, INC. *v.* MURRELL ET AL., RECEIVERS. C. A. 5th Cir. Certiorari denied. *Harold Leventhal* for petitioner. *R. H. Ferrell, John M. Murrell* and *D. H. Redfearn* for respondents.